Alla Gulchina
**Price Law Group, APC**
86 Hudson Street
Hoboken, NJ 07030
P: 818-600-5566
alla@pricelawgroup.com

Christopher Kim Thompson
**Thompson Law Office**
85 White Bridge Road
Nashville, TN 37205
P: 615-832-2335
kim@thompsonslawoffice.com
*Attorneys for Plaintiff
Donald Parsons*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| DONALD PARSONS, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL ONE BANK, N.A., <br><br> Defendant. | **Case No.: 3:18-cv-00373-JRG-DCP** <br><br> **NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Donald Parsons, and Defendant, Capital One Bank, N.A., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

| | | |
|---|---|---|
| Dated: December 19, 2018 | By: | */s/ Alla Gulchina* |
| | | Alla Gulchina |
| | | **Price Law Group, APC** |
| | | Christopher Kim Thompson |
| | | **Thompson Law Office** |
| | | *Attorneys for Plaintiff* |
| | | *Donald Parsons* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been sent via EMAIL on this 19th day of December 2018 to the following parties:

Lauren Paxton Roberts
STITS & HARBISON, PLLC
Lauren.roberts@stites.com

*Attorney for Defendant,*

/s/Rebecca Reyes