Alla Gulchina
**Price Law Group, APC**
86 Hudson Street
Hoboken, NJ 07030
P. 818-600-5566
alla@pricelawgroup.com

Christopher Kim Thompson
**Thompson Law Office**
85 White Bridge Road
Nashville, TN 37205
P. 615-832-2335
Kim@thompsonslawoffice.com
*Attorneys for Plaintiff,*
*Donald Parsons*

Lauren Paxton Roberts
**Stites & Harbison, PLLC**
401 Commerce Street, Suite 800
Nashville, TN 37219
P. 615-782-2284
lauren.roberts@stites.com
*Attorney for Defendant,*
*Capital One Bank, N.A.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| DONALD PARSONS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, N.A.,<br><br>    Defendant. | **Case No.: 3:18-cv-00373-JRG-DCP**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Donald Parsons ("Plaintiff") and Capital One Bank, N.A. ("Defendant"), by and through counsel, hereby stipulate and agree that all matters herein between them should be dismissed with prejudice by order of this court, with each party to bear its own costs and attorneys' fees.

//

//

RESPECTFULLY SUBMITTED,

Dated: February 19, 2019

By: */s/Alla Gulchina*          By: */s/Lauren Paxton Roberts*
    Alla Gulchina                        Lauren Paxton Roberts
    Christopher K. Thompson       *Attorney for Defendant,*
    *Attorneys for Plaintiff,*           *Capital One Bank, N.A.*
    *Donald Parsons*